STATE v. SPLAWN

No. 88 PC.

Case below: 23 N.C. App. 14.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1974.

STATE v. WILBORN

No. 107.

Case below: 23 N.C. App. 99.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1974.

STATE v. WILKINS

No. 98 PC.

Case below: 22 N.C. App. 691.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

TRUST CO. v. LARSON

No. 93 PC.

Case below: 22 N.C. App. 371.

Petition by defendants Larson and Powell for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

UTILITIES COMM. v. TELEGRAPH CO.

No. 82 PC.

Case below: 22 N.C. App. 714.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 November 1974.